IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENDA PHILLIPS and CINDY RANKIN, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Case No. CIV-11-1270-D <br> ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) <br> ) <br> ) |
| Defendant. | ) |

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo, recommending the denial of Plaintiff Cindy Rankin's motion to proceed *in forma pauperis* and the issuance of an order directing Plaintiffs to pay the full filing fee for this action. Within the time period for filing an objection, Plaintiffs have paid the $350.00 filing fee for their Complaint.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 3] is adopted but no order for payment is needed. Plaintiff Cindy Rankin's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED.

IT IS SO ORDERED this  10th  day of November, 2011.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE